FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION    2016 DEC 28  AM 9: 40

CLERK, US DIST...
MIDDLE DISTRICT OF...
JACKSONVILLE DIS...

**CHRISTOPHER CORSON,**

Plaintiff,

vs.

**ONEBEACON AMERICA INSURANCE COMPANY,**

Defendant.

_____/

**CASE NO:**

3:16CV1582-J-39MCR

## COMPLAINT

**COMES NOW,** the Plaintiff, **CHRISTOPHER CORSON,** by and through his undersigned attorney, and files this complaint against the Defendant, **ONEBEACON AMERICA INSURANCE COMPANY** (hereinafter referred to as "**OneBeacon**"), and states:

1. This is an action for damages more than $75,000.00 exclusive of interest, costs and attorney's fees.

2. The acts and omissions hereinafter complained of occurred in Duval County, Florida in the above-titled judicial district.

3. At all times material hereto Plaintiff was a resident of Duval County, Florida.

4. At all times material hereto the Defendant was an insurance company licensed to do business in the State of Florida, with a principal place of business in Philadelphia, Pennsylvania.

5. At all times material hereto, the Plaintiff had in full force and effect an occupational injury policy (hereinafter referred to as the "Policy") issued by Defendant. Said Policy provided for payment of medical expenses and indemnity benefits in the event the Plaintiff became injured by accident during the performance of his occupation. Said Policy is attached hereto and incorporated herein by reference as "Exhibit A".

6. The Policy was delivered and issued for delivery in the State of Florida, and was to be performed in the State of Florida.

7. The Policy was a contract of insurance between the Plaintiff and Defendant.

8. Plaintiff has made valid claims under the contract, and Defendant has no valid defense for its failure to honor the contract.

9. On or about July 16, 2014, the Plaintiff was injured, by accident in the course and scope of his occupation.

10. Plaintiff applied to Defendant for occupational injury benefits under the Policy, however, Defendant denied payment of benefits.

11. Defendant breached its contract of insurance by wrongfully denying to the Plaintiff payments for occupational injury benefits under the Policy.

12. Plaintiff has been damaged in that, as a direct and proximate result of Defendant's wrongful denial, Plaintiff has been deprived of medical benefits, indemnity benefits, and other benefits specified within the Policy.

13. Plaintiff has been required to obtain the services of the undersigned attorneys to prosecute the instant claim.

**WHEREFORE**, Plaintiff demands judgment against Defendant for all damages awardable under the Policy, including but not limited to medical benefits, payment of outstanding medical bills related to the subject accident, indemnity benefits, and any other benefits payable under the policy together with, prejudgment interest, costs and attorney's fees pursuant to Florida Statute 627.428, and any further relief that the Court deems just. Plaintiff further demands a jury trial.

DATED THIS 23rd day of December, 2016.

FARRELL DISABILITY LAW

Thomas M. Farrell, IV, Esquire
Florida Bar No.: 972347
Attorney for Plaintiff
2319 Oak Street
Jacksonville, Florida 32204
Telephone: (904) 388-8870
Fax:         (904) 339-9590
E-mail: tom@tfarrellpa.com